SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
CHRISTOPHER VIEIRA (CA Bar No. 273781)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4808
Email: christopher.vieira@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LORETTA MILLER-BLANKS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[1]<br><br>　　　　Defendant. | Civil No. 2:25-cv-00758-NJK<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  IT IS HEREBY STIPULATED by and between the parties, through their undersigned

2  attorneys, and with the approval of the Court, that this action be remanded for further

3  administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

4  On remand, the Appeals Council will issue a decision finding Plaintiff disabled as of

5  January 15, 2020, and take any further action needed to complete the administrative record. The

6  parties further request that the Clerk of the Court be directed to enter a final judgment in favor of

7  Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: August 25, 2025                Respectfully submitted,

/s/ Marc V. Kalagian
MARC V. KALAGIAN
(*as authorized via email on Aug. 21, 2025)
Attorney for Plaintiff

SIGAL CHATTAH
Acting United States Attorney

By: s/ Christopher Vieira
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: August 26, 2025